```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
BLOHM + VOSS GmbH, FORTIS BANK      :  05 Civ. 7753 (BSJ) (JCF)
(Nederland) N.V. and KREDITANSTALT :
FÜR WIEDERAUFBAU,                   :        REPORT AND
                                   :        RECOMMENDATION
            Plaintiffs,            :
                                   :
     – against –                   :
                                   :
THE M/V OLYMPIA EXPLORER, et al.,   :
                                   :
            Defendants.            :
- - - - - - - - - - - - - - - - - -:
```

TO THE HONORABLE BARBARA S. JONES, U.S.D.J.:

This case concerns the assertion of maritime liens with respect to the vessel M/V Olympia Explorer, which was previously owned by Royal World Cruises, Inc. ("RWC"). When RWC defaulted on the vessels's ship mortgage, the Olympia Explorer was sold, and the proceeds of the sale became the subject of disputes among the mortgagee and other creditors who moved to intervene as plaintiffs. The case, originally filed in the Central District of California, was transferred to this Court in September 2005.

On December 5, 2005, I held a pretrial conference. A number of plaintiff-intervenors failed to appear at that time. At least some of them, apparently, had settled their claims but had never formally withdrawn from the action. Accordingly, I issued an Order dated December 5, 2005, setting a further pretrial conference for January 30, 2006, and warning that any party that failed to appear by counsel at that time would have its complaint dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The conference proceeded as scheduled and the following

plaintiff-intervenors failed to appear: Chemoil Monde-Export SAM; Greek Sailors Pension Fund (NAT); Inchcape Shipping Services Chile; Gateway Transit Limited; and SSA Pacific Inc. I therefore recommend that the complaints of these parties be dismissed under Rule 41(b) for failure to prosecute. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of the Honorable Barbara S. Jones, Room 2103, 40 Foley Square, New York, New York 10007 and to the undersigned, Room 1960, 500 Pearl Street, New York, New York 10007.

Respectfully submitted,

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          January 30, 2006

Copies mailed this date to:

John F. Keating, Jr., Esq.
Peter J. McHugh, Esq.
Keating & McHugh
7 Dey Street, Suite 700
New York, New York 10007

Nenad Krek, Esq.
Stephen C. Smith, Esq.
Dean H. Robb, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI   96813

Ole R. Sandberg, Esq.
Carlsmith Ball
444 South Flower Street, 9th Floor
Los Angeles, CA    90071

Scott R. Johnston, Esq.
Poles Tublin Stratakis Gonzalez
    & Weichert LLP
46 Trinity Place
New York, New York    10006

William R. Bennett, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
225 West 34th Street, Suite 402
New York, New York 10122

J. Davie Petrie, Esq.
Borton, Petrini and Conron
2014 Tulare Street, Suite 830
Fresno, CA    93721

Albert E. Peacock III, Esq.
Marc R. Greenberg, Esq.
Keesal, Young and Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA    90801

Joseph N. Mirkovich, Esq.
Margaret E. Morrow, Esq.
Russell Mirkovich & Morrow
1 World Trade Center, Ste. 1450
Long Beach, CA    90831

Timothy R. Lord, Esq.
Lewis Brisbois Bisgaard and Smith
221 North Figeroa Street, Ste. 1200
Los Angeles, CA    90012

David  E R Woolley, Esq.
David E R Woolley Law Offices
12400 Wilshire Boulevard, Ste. 1300
Los Angeles, CA 90025

Marc T. Cefalu, Esq.
Cox, Wootton, Griffin, Hansen  & Poulos
190 The Embarcadero
San Francisco, CA    94105

James P. Caiopoulos, Esq.
James P. Caiopoulos & Associates
7755 Center Drive, Ste. 1100
Huntington Beach, CA    92647

Joseph P. Tabrisky, Esq.
Joseph P. Tabrisky Law Offices
2748 Coral Ridge Road
Rancho Palos Verdes, CA   90275

David Weil, Esq.
Weil & Wyatt
249 E. Ocean Boulevard, Ste. 801
Long Beach, CA   90802