USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/4/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLOHM + VOSS Gmbh, et al.,             :
                                       :
                    Plaintiffs,        :
          v.                           :      05 Civ. 7753 (BSJ)(JCF)
                                       :
M/V OLYMPIA EXPLORER, et al.,          :      **ORDER**
                                       :
                    Defendant.         :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed the Report and Recommendation of Magistrate Judge James C. Francis dated June 30, 2006 and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the complaints of Chemoil Monde-Export SAM, Greek Sailors Pension Fund, Inchcape Shipping Svc Chile, Gareway Transit Ltd, and SSA Pacific are dismissed pursuant to Rule 41(b) for failure to prosecute.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          March 30, 2006